No. 927. STOKES ET AL. *v.* UNITED STATES. April 25, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied, for the reason that the Court, upon examination of the papers herein submitted, finds that the application for writ of certiorari was not made within the time provided by law. *Mr. James Frank Kemp* for petitioners. No appearance for the United States.

Nos. 928 and 929. RIFFEE *v.* MARION STEAM SHOVEL Co.;

No. 930. WILLIAM BRAMMER ET AL. *v.* ALLOY CAST STEEL CO. ET AL.;

No. 931. SHERMAN BRAMMER *v.* SAME; and

No. 932. NOGGLE, EXECUTRIX, *v.* SAME. April 25, 1938. Petitions for writs of certiorari to the Supreme Court of Ohio, and motion for leave to proceed further *in forma pauperis,* denied. *Messrs. Paul D. Smith* and *Thomas H. Sutherland* for petitioners. No appearance for respondents.

No. 943. CONWAY *v.* ALLEN, JUDGE, ET AL. April 25, 1938. Petition for writ of certiorari to the Supreme Court of Washington, and motion for leave to proceed further *in forma pauperis,* denied. *Tom Conway, pro se.* No appearance for respondent.